**BOYD & SQUITIERI, LLC**
**Michael G. Boyd (049291991)**
**157 Engle Street**
**Englewood, NJ  07631**
**(201) 894-9800**
**Attorney for Debtor**
**michaelboydlaw@gmail.com**

| | |
|---|---|
| In re<br><br>Frank Astete,<br><br>      Debtor,<br><br>―――――――――――――<br><br>Frank Astete<br><br>      Plaintiff,<br><br>v.<br><br>U.S. Department of Education,<br><br>      Defendant. | **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br><br>Chapter 7<br><br>Case No. 23-19645-RG<br><br>Judge: Hon. Rosemary Gambardella<br><br>Adv. Pro No. 24-01046-RG |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Frank Astete, the Debtor in the above captioned bankruptcy case, and the United States Department of Education, by and through their respective counsel, hereby stipulate that the above-captioned adversary proceeding be dismissed without prejudice.

IN WITNESS WHEREOF, the Department and Plaintiff have agreed to the foregoing.

September  19, 2024                                          September  19 , 2024

**PHILIP R. SELLINGER**                                      **FRANK ASTETE**
**UNITED STATES ATTORNEY**
**DISTRICT OF NEW JERSEY**

/s/Eamonn O'Hagan                                            /s/Michael G. Boyd
―――――――――――――――                                              ―――――――――――――――
Eamonn O'Hagan, AUSA                                         Michael G. Boyd
Attorney to the United States of America                     Attorney to Frank Astete